THE STATE EX REL. AKERS, APPELLANT, *v.* ROBERTSHAW
CONTROLS ET AL., APPELLEES.

[Cite as *State ex rel. Akers v. Robertshaw
Controls* (2002), 94 Ohio St.3d 36.]

(No. 01–829—Submitted November 13, 2001—Decided January 9, 2002.)

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

LUNDBERG STRATTON, J., concurs in part and dissents in part.

COOK, J., dissents.

**LUNDBERG STRATTON, J., concurring in part and dissenting in part.** I would also reverse the judgment of the court of appeals. However, I would not grant *Gay* relief. The commission has not yet determined the extent of claimant's psychological claim, so *Gay* relief is inappropriate. The matter should be returned to the commission to conduct such an analysis. *Gay* relief is premature. Therefore, I dissent from the majority's decision to grant *Gay* relief.

**COOK, J., dissenting.** I respectfully dissent. I would affirm the judgment of the court of appeals for the reasons stated in the court of appeals' opinion and the decision of its magistrate.

*Robert M. Robinson,* for appellant.

*Roetzel & Andress, Charles D. Smith* and *Noel C. Shepard,* for appellee Robertshaw Controls.

*Betty D. Montgomery,* Attorney General, and *Jeffrey B. Hartranft,* Assistant Attorney General, for appellee Industrial Commission.